(129 So. 58)

**M. D. WIGGINS, as Probate Judge, etc., v. E. E. EVANS.**

8 Div. 219.

Supreme Court of Alabama.

June 14, 1930.

O. Kyle, of Decatur, for appellant.

Eyster & Eyster, of Decatur, and F. E. St. John, of Cullman, for appellee.

GARDNER, J.

The case of M. D. Wiggins, as Probate Judge, v. E. E. Evans (Ala. Sup.) 129 So. 57,[1] this day decided, controls the decision in the instant cause, and upon that authority the judgment will be here affirmed.

Affirmed.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.